IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC § § § Plaintiff, § § v. § § FALCON NORTHWEST COMPUTER SYSTEMS, INC., § § § Defendant. § | Case No. 6:12-cv-205 **Electronically Filed** |

**JOINT STIPULATED MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF INTERNATIONAL TRADE COMMISSION INVESTIGATION NO. 337-841**

1. On March 28, 2012, Technology Properties Limited, LLC ("TPL") filed a Complaint for Patent Infringement against Falcon Northwest Computer Systems, Inc. ("Falcon") alleging infringement by Falcon of U.S. Patent Nos. 6,976,623, 7,162,549, 7,295,443 and 7,522,424 (Dkt. 1).

2. On the same day, TPL initiated eighteen other cases against other entities alleging in each infringement of some or all of the patents that are the subject of the *TPL v. Falcon* case. These other cases, designated as related cases in the Court's case management system, are:

- *Technology Properties Limited, LLC v. Acer Inc., et al.*, 6:12-cv-00201-MHS;
- *Technology Properties Limited, LLC v. Brother Industries Ltd., et al.*, 6:12-cv-00202-MHS;
- *Technology Properties Limited, LLC v. Canon, Inc., et al.*, 6:12-cv-00202-MHS;
- *Technology Properties Limited, LLC v. Dane Elec. Corp. USA, et al.*, 6:12-cv-00203-MHS;
- *Technology Properties Limited, LLC v. Dell, Inc.*, 6:12-cv-00204-MHS;
- *Technology Properties Limited, LLC v. Fujitsu Limited, et al.*, 6:12-cv-00206-MHS;

1

- *Technology Properties Limited, LLC v. HiTi Digital, Inc., et al.*, 6:12-cv-00207-MHS;
- *Technology Properties Limited, LLC v. Hewlett-Packard Company*, 6:12-cv-00208-MHS;
- *Technology Properties Limited, LLC v. Jasco Products Company*, 6:12-cv-00209-MHS;
- *Technology Properties Limited, LLC v. Kingston Technology Co., Inc.*, 6:12-cv-00210-MHS;
- *Technology Properties Limited, LLC v. Lexar Media, Inc., et al.*, 6:12-cv-00211-MHS;
- *Technology Properties Limited, LLC v. Microdia Limited*, 6:12-cv-00212-MHS;
- *Technology Properties Limited, LLC v. Newegg Inc., et al.*, 6:12-cv-00213-MHS;
- *Technology Properties Limited, LLC v. Sabrent*, 6:12-cv-00214-MHS;
- *Technology Properties Limited, LLC v. Samsung Electronics Co. Ltd., et al.*, 6:12-cv-00215-MHS;
- *Technology Properties Limited, LLC v. Seiko Epson Corporation, et al.*, 6:12-cv-00216-MHS;
- *Technology Properties Limited, LLC v. Shuttle, Inc., et al.*, 6:12-cv-00217-MHS; and
- *Technology Properties Limited, LLC v. Systemax, Inc.*, 6:12-cv-00218-MHS;

3. On April 11, 2012, the Court entered an Order (Dkt. 7 in *TPL v. Falcon*, Case No. 12-205) indicating that the Court would hold a joint scheduling conference in the above cases once all Defendants had either answered or filed a motion to transfer or dismiss.

4. On March 27, 2012, TPL filed a complaint against the defendant or one of the defendants in each of the above cases under section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337 with the International Trade Commission ("ITC"). The ITC instituted Investigation No. 337-841 based on this complaint on May 2, 2012.

5. On May 18, 2012, Falcon filed a motion to terminate the ITC investigation as to it based on an entry of a consent order. A consent order was entered on June 29, 2012, terminating the ITC investigation as to Falcon.

6. As reported in the Status Report filed with the Court by TPL on July 10, 2012 (Dkt. 11 in *TPL v. Falcon*, Case No. 12-205), the *Samsung* and *Jasco Products* cases (Case Nos. 12-209 and 12-215) have been dismissed with prejudice, Falcon has filed an answer to the complaint (Case No. 12-205), and the remaining sixteen cases have been stayed pursuant to 28 U.S.C. § 1659 until resolution of ITC Investigation No. 337-841.[1]

7. Counsel for TPL and Falcon have met and conferred regarding the status of the *TPL v. Falcon* case and agree that a stay of the case is appropriate in view of the status of the related cases and the ongoing ITC investigation.

8. The parties stipulate that the current litigation be stayed and that no hearings or deadlines in this matter be put on calendar until resolution of ITC Investigation No. 337-841.

9. The requested stay would have no impact on the case schedule as a scheduling conference has not occurred and a docket control order has not been entered.

10. The parties submit that the requested stay would further interests of judicial economy and conservation of the parties' and the Court's resources.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Technology Properties Limited, LLC and Defendant Falcon Northwest Computer Systems, Inc. through their respective counsel, subject to the approval of the Court, that all proceedings before the Court in Case Number 6:12-cv-00205-MHS be stayed until ITC Investigation No. 337-841 has been resolved. The parties respectfully move the Court to enter an order staying this proceeding until resolution of ITC Investigation No. 337-841, including any appeals therefrom.

---

[1] Because Falcon was dismissed from the ITC investigation, the mandatory stay of 28 U.S.C. § 1659 is not available to it.

| | |
|---|---|
| Dated: July 23, 2012 | Dated:  July 23, 2012 |
| By /s/Benjamin R. Askew (*with permission by Kent E. Baldauf, Jr.*)<br>Anthony G. Simon<br>Benjamin R. Askew<br>Michael P. Kella<br>Stephanie H. To<br><br>THE SIMON LAW FIRM<br>800 Market Street, Suite 1700<br>Saint Louis, Missouri 63101<br>P: 314.241.2929<br>F: 314.241.2029<br><br>ATTORNEYS FOR PLAINTIFF<br>TECHNOLOGY PROPERTIES<br>LIMITED, LLC | By /s/Kent E. Baldauf, Jr.<br>Kent E. Baldauf, Jr.<br>James J. Bosco<br>Bryan P. Clark<br><br>THE WEBB LAW FIRM<br>One Gateway Center<br>420 Ft. Duquesne Blvd.,<br>Suite 1200<br>Pittsburgh, PA 15222<br>P: (412) 471-8815<br>F: (412) 471-4094<br><br>ATTORNEYS FOR DEFENDANT<br>FALCON NORTHWEST<br>COMPUTER SYSTEMS, INC. |

**CERTIFICATE OF CONFERENCE**

This is to certify that the parties conferred regarding the subject matter of this Joint Stipulated Motion to Stay Proceedings Pending Resolution of International Trade Commission Investigation No. 337-841, as required by Local Rule CV-7(h).  The motion is agreed to by both parties and, accordingly, the parties jointly move that the attached Joint Stipulated Motion be entered by the Court.

Dated: July 23, 2012
                                          s/ Kent E. Baldauf, Jr.
                                          Attorney for Falcon Northwest
                                          Computer Systems, Inc.

**CERTIFICATE OF SERVICE**

This is to certify that on July 23, 2012 a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system.

                                          /s/ Kent E. Baldauf, Jr.
                                          Attorney for Falcon Northwest
                                          Computer Systems, Inc.