**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC | § § § | |
| | § | Case No. 6:12-cv-205 |
| Plaintiff, | § § | |
| | § | **Electronically Filed** |
| v. | § § | |
| FALCON NORTHWEST COMPUTER SYSTEMS, INC., | § § § | |
| Defendant. | § § | |

**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATED
MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF
INTERNATIONAL TRADE COMMISSION INVESTIGATION NO. 337-841**

Before the Court is the Parties' Joint Stipulated Motion to Stay Proceedings Pending Resolution of International Trade Commission Investigation No. 337-841. After careful consideration, the motion is GRANTED. This action shall remain stayed until the resolution of International Trade Commission Investigation No. 337-841, including appeals. Plaintiff shall notify the Court within ten days of the conclusion of those proceedings. Additionally, Parties must file a status report every six months while the matter remains pending before the International Trade Commission.